# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

**COBBLER NEVADA, LLC,**

              **Plaintiff,**

   v.

**USERS OF POPCORN TIME, et al,**

              **Defendant.**

Case No. 3:15-CV-01988-ST

**CASE MANAGEMENT ORDER**

    To facilitate management of this copyright infringement case filed against a defendant identified only by an Internet Protocol ("IP") address, the Court orders that:

    1. All discovery and pretrial deadlines are stricken and will be reset after plaintiff substitutes the Doe defendant with a properly identified defendant who has been served and filed an appearance.

    2. Plaintiff shall file evidence of its ownership of the copyright at issue before proceeding with prosecution of this case.

    3. When filing any motion referring to communications with any person that it believes maybe the IP address subscriber or alleged infringer, plaintiff shall file copies of those communications, as well as evidence that the communications were received.

    4. Plaintiff's first communication with any person that it believes may be the IP address subscriber or alleged infringer must include the attached Notice from the Court.

DATED December 10, 2015

s/ Janice M. Stewart_____
Janice M. Stewart
United States Magistrate Judge

## **UNITED STATES DISTRICT COURT NOTICE**

Plaintiff [**name**] has filed a lawsuit in this Court to enforce its copyright in [**name**], a major motion picture. It alleges that an unknown party, identified only by the Internet Protocol ("IP") address of [**number**], has copied and distributed this motion picture without its consent through a public Popcorn Time network.

Plaintiff has subpoenaed the Internet Service Provider ("ISP") to obtain the identity of the party assigned the ISP account associated with the infringing activity, commonly called the subscriber. The ISP has identified you as the subscriber. The subscriber may or may not be the same as the alleged infringer. Therefore, plaintiff is attempting to find out whether you, as the subscriber, are an innocent third party and, if so, the identity of the alleged infringer.

It is important that you do not ignore this lawsuit. If you fail to do so, plaintiff may ask the Court to enter an Order requiring you to take certain action. You are obligated to comply with all subpoenas and Orders issued by this Court that you receive, whether by mail, personal service or otherwise.

If you have questions, you should seek an attorney immediately. If you need help finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll free elsewhere in Oregon at 800-452-7636. If you cannot afford to hire an attorney, you may file a Motion for Appointment of Pro Bono counsel found on the Court's website at https://ord.uscourts.gov under Representing Yourself/Pro Bono Program.